PATILLO *vs.* MAYER & GLAUBER.

1. A person drew a draft on a firm, payable to himself or order, for an amount stated, "for supplies, etc., furnished me to make my crops, this to be an advance to me under my mortgage" of same date, waiving homestead and other exemptions. There was no acceptance of this, but the drawer and after him a third party signed their names across the face of the paper, and it was delivered to the drawees:

*Held,* that it was in legal effect a promissory note, and could be declared on in the statutory form as such.

2. The effect of the signature of the third person on the face of the paper was to make him a surety for the principal debtor. The form of a contract is immaterial, provided the fact of suretyship exists; hence, an accommodation indorser is considered merely as a surety. Code, §2151; 2 *Ga.*, 159.

3. This case having been apparently brought here for delay only, ten per cent. damages are awarded against the plaintiff in error. Judgment affirmed with damages.

March 20, 1883.

HALL, Justice.

[Plaintiffs sued on the paper stated in the first headnote. On the trial, defendant moved for a non-suit, which was refused, and this was assigned as error.]